**NOT PRECEDENTIAL**

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

_____

No. 22-1819

_____

IN RE: SHAWN D. SHAW,
                                        Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D.N.J. Civ. No. 2-19-cv-16702)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
May 19, 2022
Before: CHAGARES, Chief Judge, PORTER and FUENTES, Circuit Judges

(Opinion filed: June 2, 2022)

_____

OPINION*

_____

PER CURIAM

Shawn D. Shaw has filed a petition for a writ of mandamus requesting that we

direct the District Court to rule on his pending 28 U.S.C. § 2255 motion. The District

Court has since ruled on the § 2255 motion, denying it in part and reserving judgment on

one claim pending supplemental briefing. In light of the District Court's action, this

mandamus petition does not present a live controversy. Therefore, we will dismiss it as

_____

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

moot.  See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot.").